# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

CIGNA Health and Life Insurance Company

                        Plaintiff,

v.                                                  Case No.: 3:19−cv−01118

Laurie S. Lee, et al.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/4/2022 re [55].

                                                                            Lynda M. Hill
                                                     s/ Kim Chastain, Deputy Clerk